May 22, 1969

## Avallone Unemployment Compensation Case.

Argued March 19, 1969. *C. George Milner*, for claimant, appellant; *Sidney Reuben*, Assistant Attorney General, with him *William C. Sennett*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.